

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00695-CV

John M. **DONAHUE**,
Appellant

v.

Sergeant Jose **HERNANDEZ**, Deputy Matt Krueger, Deputy Birdie Tyler, and Denise Martinez,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-003-CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

On September 10, 2015, the trial court signed an order granting a plea to the jurisdiction filed in the underlying cause by City of Boerne Chief of Police Koehler and Officer Pablo Martinez. The order severed those defendants from the underlying lawsuit, and those defendants are not parties to this appeal.

On October 2, 2015, the trial court signed two orders granting pleas to the jurisdiction filed by the remaining defendants Sergeant Jose Hernandez, Deputy Matt Krueger, Deputy Birdie Taylor, and Denise Martinez. The orders dismissed all claims against those defendants with prejudice.

On November 5, 2015, appellant filed a notice of interlocutory appeal. Because the trial court's October 2, 2015 orders disposed of all remaining defendants, this appeal is not an interlocutory appeal. Accordingly, appellant's notice of appeal was due to be filed by November 2, 2015. TEX. R. APP. P. 26.1. Appellant is incarcerated, and the certificate of service to his notice of appeal states that he deposited the notice of appeal in the mail on November 1, 2015. Therefore, his notice of appeal is deemed to be timely filed. *See Campbell v. State*, 320 S.W.3d 338, 344 (Tex. Crim. App. 2010).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2015.



Keith E. Hottle
Clerk of Court